IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JOEY D. BARNETT | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Case No. 4:14CV241 |
| | § | |
| CITY OF SHERMAN, TEXAS | § | |
| | § | |
| Defendant. | § | |

## ORDER REFERRING CASE TO MEDIATION

The Court hereby **ORDERS** that this case be submitted to mediation in accordance with this Court's Mediation Plan. The mediator assigned is Courtenay L. Bass of Gilbert Mediation Group. The mediator's address and telephone number are: Coit Tower, 12001 N. Central Expressway, Suite 650, Dallas, Texas 75243; (214) 303-4500. The mediation conference shall be conducted by the following date: **March 20, 2015**. The mediator shall be responsible for communicating with counsel to coordinate a date for the mediation.

Upon completion of the mediation, the mediator shall submit a report to the presiding judge within five days of the completion of the mediation conference.

**SO ORDERED.**

**SIGNED this 29th day of October, 2014.**

_____
DON D. BUSH
UNITED STATES MAGISTRATE JUDGE